COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Kenneth Tittle
Louisiana State Penitentiary DOC No. 952
Camp D/Eagle 2
Angola, LA 70712

**REHEARING ACTION: January 16, 2013**

**Docket Number: 11   01513-KH**

**STATE OF LOUISIANA
VERSUS
KENNETH TITTLE**

**Writ Application from Calcasieu Parish Case No. 12930-03**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks
Hon. John D. Saunders
Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kenneth Tittle** has this day been

> **DENIED.**
> Cooks, J., concurs.  Relator is not entitled to a rehearing from a writ denied.
> He must advance his case by filing the appropriate request for relief with
> the Louisiana Supreme Court.

cc: John Foster DeRosier, Counsel for  the Respondent